Trevor W. Barrett (SBN 278174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br>Plaintiff, <br><br>v. <br><br>LAVISH BOUTIQUE LLC, et al., <br><br>Defendants. | Case No.: 2:23-cv-04529-VAP-AFM <br> <u>Hon. Virginia A. Phillips Presiding</u> <br><br> **NOTICE OF SETTLEMENT AS TO MONROE & MAIN, INC. ONLY** |

| | |
|---|---|
| 1 | *TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:* |
| 2 | PLEASE TAKE NOTICE THAT Plaintiff Unicolors, Inc. ("Plaintiff") has |

PLEASE TAKE NOTICE THAT Plaintiff Unicolors, Inc. ("Plaintiff") has reached a settlement in principle of all claims asserted against <u>only</u> Defendant Monroe & Main, Inc. ("Defendant"), subject to the preparation and execution of a settlement agreement.

Plaintiff anticipates the filing of a Notice of Dismissal as to this particular Defendant within thirty (30) days, with each of the Parties paying their own attorneys' fees and costs as incurred in this action.

This action will continue as to the remaining parties.

Respectfully submitted,

Dated: October 11, 2023      By:    /s/ *Trevor W. Barrett*
Trevor W. Barrett, Esq.
Frank R. Trechsel, Esq.
DONIGER /BURROUGHS
*Attorneys for Plaintiff*