Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAVISH BOUTIQUE LLC, et al.,<br><br>Defendants. | Case No.: 2:23-cv-04529-VAP-AGR<br>*Hon. Virginia A. Phillips Presiding*<br><br>**NOTICE OF SETTLEMENT AS TO A CERTAIN PARTY ONLY** |

- 1 -
NOTICE OF SETTLEMENT

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff Unicolors, Inc. ("Plaintiff") has reached a settlement of all claims asserted against Defendant 7 Islands Fashion, Inc. (together with Plaintiff, the "Parties") and the Parties are currently in the process of memorializing and performing the long-form agreement.

Plaintiff anticipates the filing of a Notice of Dismissal with prejudice within thirty (30) days, with each of the Parties paying their own attorneys' fees and costs as incurred in this action.

This action will continue as to the remaining claims and defendants.

Respectfully submitted,

Dated: January 17, 2024      By:   */s/ Frank R. Trechsel*
                                   Trevor W. Barrett, Esq.
                                   Frank Trechsel, Esq.
                                   DONIGER / BURROUGHS
                                   *Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RESPONSE TO ORDER TO SHOW CAUSE