Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAVISH BOUTIQUE, LLC, et al., <br><br> Defendants. | Case No.: 2:23-cv-04529-CJC-AGR <br> *Honorable Cormac J. Carney Presiding* <br><br> **NOTICE OF SETTLEMENT AS TO A CERTAIN PARTY ONLY** |

*TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff Unicolors, Inc. has reached a settlement of all claims asserted against Defendant Clotho J&J USA d/b/a Collection by Cezele ("Defendant") and the parties are currently in the process of executing and performing under the agreement. Plaintiff anticipates the filing of a Stipulation of Dismissal as to Defendant within forty-five (45) days of this filing, with each of the parties paying their own attorneys' fees and costs as incurred in this action.

This action will continue as to the remaining claims and defendants.

Respectfully submitted,

Dated: March 21, 2024         By:   */s/ Trevor W. Barrett*
                                    Trevor W. Barrett, Esq.
                                    Frank R. Trechsel, Esq.
                                    DONIGER /BURROUGHS
                                    *Attorneys for Plaintiff*